UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br>Plaintiff,<br>v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>Defendant. | No. 2:21-cv-0306 KJM DB P<br><br>ORDER |

Plaintiff has filed a document entitled "Amended Complaint to Correct Filing to Miscellaneous for Registration of a Judgment from another District under 28 U.S.C. § 1738." (ECF No. 27.) This action was closed on September 28, 2021. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded. Plaintiff is advised that further documents filed in this closed action will be disregarded. No orders will issue in response to future filings.

IT IS SO ORDERED.

Dated: October 14, 2021

DLB7
joli0306.58

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE